# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO: 3:13-CR-00056-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>[3] VENANCIO SANDOVAL MIRAMONTES, )<br>[9] JUAN PABLO DIAZ DE LEON GAMA, )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss the Indictment as to Defendants Venancio Sandoval Miramontes and Juan Pablo Diaz De Leon Gama (Doc. No. 264). Having considered the motion, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss the Indictment as to the above-named defendants (Doc. No. 264) is **GRANTED**. The Bill of Indictment as to Defendants Venancio Sandoval Miramontes and Juan Pablo Diaz De Leon Gama is hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: October 31, 2019



Max O. Cogburn Jr.
United States District Judge